DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAN RUSSELL, LLC** and **DANA RUSSELL MARTIN,**
Appellants,

v.

**JEFFREY JONES** and **KRIS JONES,**
Appellees.

No. 4D2025-1460

[July 16, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Carolyn Ruth Bell, Judge; L.T. Case No. 502023CA011128XXXXMB.

John Marshall Jorgensen of Scott, Harris, Bryan, Barra & Jorgensen, P.A., Palm Beach Gardens, for appellants.

Daren Stabinski of Daren Stabinski, P.A., Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, SHEPHERD and LOTT, JJ., concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***